**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7568**

———————

ALEC RODNEY BROOKS,

Plaintiff - Appellant,

versus

STATE OF MARYLAND, DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONAL SERVICES; WILLIAM W.
SONDERVAN, Commissioner, in his official and
individual capacity; CORRECTIONAL MEDICAL
SYSTEMS; ELIAS LAKEW, M.D.,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-02-
494-MJG)

———————

Submitted: January 16, 2003          Decided: January 24, 2003

———————

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Alec Rodney Brooks, Appellant Pro Se.  Sharon Stanley Street,
Assistant Attorney General, Baltimore, Maryland; Philip Melton
Andrews, George Eugene Brown, KRAMON & GRAHAM, Baltimore, Maryland,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Alec Rodney Brooks appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Brooks v. Maryland, No. CA-02-494-MJG (D. Md. Sept. 30, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED